IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN L. DAVID,

        Plaintiff,                No. 2:09-cv-0918 KJN P

   vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.        ORDER

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

////

////

////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's May 12, 2009 request for
2 the appointment of counsel is denied.
3 DATED: February 16, 2010

```
                          /s/ Kendall J. Newman
                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE
```

davi0918.31